## PETITIONS TO REHEAR

### BOCKWEG v. ANDERSON

No. 52PA90

Case below: 328 N.C. 436

Petition by several defendants to rehear pursuant to Appellate Rule 31 denied 12 June 1991.

### VanCAMP v. BURGNER

No. 312A90

Case below: 328 N.C. 495

Petition by defendants to rehear pursuant to Appellate Rule 31 denied 12 June 1991.